**DISMISS and Opinion Filed September 16, 2024**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-24-00240-CV**

**AVIA DFW ALPHA, LLC, Appellant**
**V.**
**OMNI VISION DALLAS, LLC, Appellee**

**On Appeal from the 44th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-23-13781**

## MEMORANDUM OPINION

Before Justices Molberg, Pedersen, III, and Breedlove
Opinion by Justice Breedlove

We reinstate this appeal that we previously abated to allow the parties an opportunity to effectuate a settlement agreement.

Before the Court is appellant's motion to dismiss the appeal because the parties have settled their dispute. We grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1).

/Maricela Breedlove//

MARICELA BREEDLOVE
JUSTICE

240240f.p05



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

AVIA DFW ALPHA, LLC,
Appellant

No. 05-24-00240-CV     V.

OMNI VISION DALLAS, LLC,
Appellee

On Appeal from the 44th Judicial
District Court, Dallas County, Texas
Trial Court Cause No. DC-23-13781.
Opinion delivered by Justice
Breedlove. Justices Molberg and
Pedersen, III participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that each party bear its own costs of this appeal.

Judgment entered this 16th day of September, 2024.